UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LINDA PARKER, on behalf of herself and
all others similarly situated,

       Plaintiff,

       v.                                              Case No. 23-C-1049

WG&R FURNITURE CO., et al.,

       Defendants.

---

## ORDER

---

The court was been advised at the July 9, 2024 telephone status conference that a settlement has been reached in this action and that the parties are in the process of reducing their agreement to writing. Therefore, all pending deadlines are **VACATED**.

**IT IS ORDERED** that the parties shall file a joint motion for preliminary settlement approval and supporting documents on or before August 8, 2024.

Dated at Green Bay, Wisconsin this <u>11th</u> day of July, 2024.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge