UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

LINDA PARKER, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

WG&R FURNITURE CO. and AUGUST HAVEN, LLC,

    Defendants.

Case No. 23-C-1049

---

### ORDER GRANTING LEAVE TO FILE RESTRICTED DOCUMENT

On reading and filing the foregoing Joint Motion of the parties, Dkt. No. 26;

**IT IS HEREBY ORDERED** that the parties are granted leave to file the Settlement and Release Agreement executed by the parties in this matter as restricted to case participants.

Dated this 18th day of July, 2024.

                s/ William C. Griesbach
                William C. Griesbach
                United States District Judge