UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

LINDA PARKER, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

WG&R FURNITURE CO. and AUGUST HAVEN, LLC,

    Defendants.

Case No. 23-C-1049

## ORDER FOR APPROVAL OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE

On reading and filing the foregoing Joint Motion of the parties;

**IT IS HEREBY ORDERED** that the Settlement and Release Agreement is approved and the case is dismissed with prejudice and without costs to any party.

Dated this 19th day of July, 2024.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge